■ JEROME S. HELLER et al., Appellants, v. DANIEL L. ROSE et al., Respondents.— Motion by respondent Daniel L. Rose to dismiss appeal denied, on condition that appellants perfect the appeal and be ready to argue or submit it at the April Term, beginning March 27, 1961. The appeal is ordered on the cálendar for said term. The record and appellants' brief must be served and filed on or before March 3, 1961. Motion by appellants to dispense with print-

ing of exhibits denied. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Pette, JJ., concur.